**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

May 19, 2009

MEMORANDUM TO COUNSEL RE:

Berry v. Cook Motorcars, Ltd.
Civil No. AMD 09-426

     I have completed my review of the pending motion to dismiss in this case asserting claims under, inter alia, the Credit Repair Organization Act, 15 U.S.C. § 1679, et seq. ("the Act"), the sole federal claim asserted. I have elected to rule in this informal manner.

     I believe that defendant has the better of the statutory interpretation argument and that the Act simply does not reach so far as plaintiff contends. As the parties here recognize, some judges in the Northern District of Illinois appear to have accorded the Act an extraordinarily expansive scope, but the better reasoned cases reject those cases as outliers. *See, e.g.*, Magistrate Judge Eliason's analysis in *Nixon v. Alan Vester Auto Group, Inc*., 2008 U.S. Dist. LEXIS 79294 (M.D.N.C. Oct. 8, 2008), and Chief Judge Hinkle's analysis in *Lopez v. ML #3, LLC*, --- F.Supp.2d --- , 2009 WL 997015 (N.D.Fla. April 15, 2009).

     Accordingly, in the absence of complete diversity of citizenship, I will exercise my discretion to decline to take supplemental jurisdiction over the remaining state law claims, and those claims shall be dismissed without prejudice. An Order follows.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt