IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHERRY L. BERRY,      Plaintiff | : : : |
| v. | :   Civil No. AMD 09-426 : |
| COOK MOTORCARS, LTD.,      Defendant | : : |

...o0o...

ORDER

For the reasons stated in the motion to dismiss filed by defendant and as summarized in the foregoing letter memorandum, the court concludes as a matter of law that under no construction of the facts alleged in the complaint can plaintiff establish a claim against defendant for violation of the Credit Repair Organization Act, 15 U.S.C. § 1679, et seq.

Accordingly, it is this 19th day of May, 2009, by the United States District Court for the District of Maryland ORDERED

(1) The motion to dismiss (Paper No. 4) is GRANTED IN PART AND DEFERRED IN PART and ALL FEDERAL LAW CLAIMS ARE DISMISSED WITH PREJUDICE and ALL STATE LAW CLAIMS ARE DISMISSED WITHOUT PREJUDICE; and it is further ordered

(2) The Clerk shall CLOSE THIS CASE.

                                                         /s/
                                                         Andre M. Davis
                                                         United States District Judge